IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02386-LTB-PAC

ROBERT S. MACH,

    Applicant,

v.

RON LEYBA, Superintendent A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents,

## ORDER FOR STATE COURT RECORD

The court has reviewed the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 filed by Applicant Robert Mach and has issued an Order to Show Cause to the named Respondents.

IT IS HEREBY **ORDERED** that the Clerk of the Clear Creek County District Court, State of Colorado, shall file with the Clerk of the United States District Court, 901 19th St., Denver, CO 80294, **on or before July 7, 2006,** a copy of the <u>hearing and trial transcripts</u> for Mr. Mach's <u>May 2001 trial</u> in:

    The People of the State of Colorado v. Robert Mach
    Criminal Action No. 95-CR-46

It is **FURTHER ORDERED** that the Clerk of the United States District Court for the District of Colorado shall serve a copy of this Order for State Record on:

    Clerk of the Court
    Clear Creek County District Court
    P.O. Box 367
    Georgetown, Colorado 80444

Dated June 2, 2006.

                              BY THE COURT:

                              s/ Patricia A. Coan
                              PATRICIA A. COAN
                              United States Magistrate Judge