**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02386-LTB-PAC

ROBERT S. MACH,

        Applicant,

v.

RON LEYBA, Superintendent A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.
_____

**ORDER**
_____

This 28 U.S.C. § 2254 Application is before me on the Recommendation of the Magistrate Judge that the application be denied and that this proceeding be dismissed with prejudice.   Applicant has filed timely detailed and specific written objections to the Magistrate Judge's recommendation.  I have reviewed *de novo* the Magistrate Judge's recommendations on each of Applicant's four claims in light of the Applicant's objections. On *de novo* review, I conclude that the Magistrate Judge's thorough analysis of each of Applicant's claims under the Anti-terrorism and Effective Death Penalty Act are correct. It follows that her ultimate recommendation for denial of the application and dismissal of the action is correct.  Accordingly

IT IS ORDERED that the Applicant's 28 U.S.C. § 2254 Application is DENIED and the above matter is DISMISSED WITH PREJUDICE.

BY THE COURT:


___s/Lewis T. Babcock_____
Lewis T. Babcock, Chief Judge

DATED: January 4, 2007