IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02386-LTB-PAC

ROBERT S MACH,

       Applicant,

v.

RON LEYBA, Superintendent A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Babcock, Chief Judge

    Applicant has filed a Letter which is being treated as a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this   12th   day of February, 2007.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      JUDGE, UNITED STATES DISTRICT COURT
                                      FOR THE DISTRICT OF COLORADO