IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2009

GREGORY C. LANGHAM
                    CLERK

CIVIL ACTION NO. 05-cv-02386-LTB-PAC

Robert S. Mach,
        Petitioner,

vs.

Ron Leyba, et al.,
        Respondent.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 11th day of February, 2009.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Senior Judge

Re: 05-cv-02386-LTB-PAC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record, signed by Senior Judge, __Lewis T. Babcock__ , was mailed to the following on __March 2, 2009__ .

Clear Creek District Court
P.O. Box 367
Georgetown, Colorado 80444

By: _____
Deputy Clerk